UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JENNA A. MONROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 10-cv-435-JPG |
| | ) | |
| MIKE BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Jenna Monroe's *pro se* Response (Doc. 6) to the Court's Order to Show Cause (Doc. 5) of December 7, 2010, wherein the Court ordered Monroe to explain her failure to serve Defendant Mike Brown within 120 days of the filing of her Complaint (Doc. 1).

Federal Rule of Civil Procedure 4(m) states that if service of the summons and complaint is not made upon the defendant within 120 days of filing the complaint, the Court may dismiss the action without prejudice upon notice to the plaintiff. In the instant response, Monroe does not so much justify her failure to serve Brown as she does elaborate upon the allegations of discrimination contained in her complaint. In the future, Monroe needs to carefully read the relevant rules of procedure and this Court's orders, and she needs to respond accordingly. The Court is willing to give Monroe her day in Court, but she needs to get this case moving if she does not want it dismissed without prejudice.

Being fully advised of the premises, the Court hereby **DISCHARGES** its previous Order to Show Cause (Doc. 5). Monroe shall have up to and including February 25, 2011, to serve Brown. If she fails to serve Brown before February 25, this case shall be dismissed without

prejudice *unless* Monroe moves for an extension of time to serve *before* the expiration of said date *and* shows good cause.

**IT IS SO ORDERED**
**DATED: December 21, 2010**

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**
