UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JENNA A. MONROE,

    Plaintiff,

v.

MIKE BROWN and FRED BASHARDT,

    Defendants.

Case No. 10-cv-435-JPG-PMF

## JUDGMENT

This matter having come before the Court and Plaintiff Jenna Monroe having voluntarily dismissed Defendant Mike Brown and having failed to serve Defendant Fred Bashardt,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

    NANCY ROSENSTENGEL

    By:s/Deborah Agans, Deputy Clerk

**DATED: July 11, 2011**

**Approved:**   s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**